COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges McCullough, Decker and Senior Judge Felton


ROTO-ROOTER SERVICES COMPANY AND
 ZURICH AMERICAN INSURANCE COMPANY

MEMORANDUM OPINION[*]

v.      Record No. 1918-15-4                                      PER CURIAM
                                                               MARCH 22, 2016

EUGENIO ABRAHAM MURGA, SR.


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Joseph C. Veith, III; Godwin, Erlandson, Vernon & Daney, L.L.C.,
on brief), for appellants.

No brief for appellee.


Roto-Rooter Services Company and Zurich American Insurance Company (appellants)

appeal a decision of the Workers' Compensation Commission. Appellants allege the

Commission erred in finding the evidence sufficient to prove that injuries sustained by Eugenio

Abraham Murga, Sr., on July 6, 2014 were causally related to an injury by accident arising out of

his employment on May 21, 2008. They also contend the Commission erred in finding the injury

Murga sustained on July 6, 2014 was not a consequence of a compensable consequence of the

May 21, 2008 injury.[1]

We have reviewed the record and the Commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the Commission in its opinion.

See Murga v. Roto-Rooter Services Co., VWC File 2416697 (Oct. 28, 2015). We dispense with

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

[1] Appellee noted an appeal from the Commission's decision, but that appeal was
dismissed. See Murga v. Roto-Rooter Services Co., Record No. 1905-15-4 (Va. Ct. App. Jan.
11, 2016 and Feb. 29, 2016).

oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.